**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01219-BNB

ERICK R. BAHLE,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp – Florence,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The motions for leave to respond out of time that Respondent submitted to and filed with the Court on July 17 and 21, 2009, are GRANTED.

Dated:  July 22, 2009